IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03035-MJW

LISA DAILY,

Plaintiff,

v.

HOME DEPOT U.S.A., Inc.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Appear Via Telephone at Scheduling/Planning Conference (Docket No. 15) is granted.  Arthur K. Smith, Esq., may participate by telephone in the Scheduling Conference set on January 13, 2015, at 1:30 p.m. Mountain Time by calling the court at that time at (303) 844-2403.

Date: December 30, 2014