IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03035-PAB-MJW

LISA DAILY,

Plaintiff,

v.

HOME DEPOT U.S.A., Inc.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Defendant Home Depot U.S.A., Inc.'s Unopposed Motion for Leave to File Amended Answer (Docket No. 36) is GRANTED for good cause shown under Rule 16(b)(4) and Rule 15(a)(2).

      It is further ORDERED that the First Amended Answer to Plaintiff's Complaint (Docket No. 36-1) is ACCEPTED FOR FILING.

Date: June 16, 2015